UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

RANDIE SIDLINGER AND WILLIAM SIDLINGER,

        Plaintiffs,

    v.

BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; BIOMET MANUFACTURING CORP.; BIOMET, INC.,

        Defendants.

CASE NO. C18-1823RSL

ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal Without Prejudice filed by Randie Sidlinger and William Sidlinger ("Plaintiffs"), and defendants, Biomet Orthopedics, LLC, Biomet, Inc., Biomet Manufacturing Corp., and Biomet U.S. Reconstruction, LLC ("Defendants"), and being fully advised in the premises thereof, hereby ORDERS that the case is dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

DONE THIS 7th day of July, 2020.

BY THE COURT:

_/s/ Robert S. Lasnik_

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

00585264;V1